***E-FILED -7/6/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR, | No. C 09-1870 RMW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MARY ELIZABETH CONN, | |
| Defendant. | |

On April 29, 2009, plaintiff, incarcerated at the Santa Clara County Jail and proceeding pro se, filed a copy of a letter addressed only to the State Bar of California, requesting that the defendant be disbarred. That same day, the Clerk construed the letter as an attempt to file a civil rights complaint, and assigned the above case number. The Clerk also notified the plaintiff that he had failed to file a completed in forma pauperis ("IFP") application as well as an appropriate complaint. Along with the deficiency notices, plaintiff was cautioned that his failure to either file a complete IFP application, or pay the filing fee within thirty days, and his failure to file a complaint would result in the dismissal of this action. More than thirty days has passed and plaintiff has not complied.

While plaintiff has filed a motion for extension of time to pay his fee, he has failed to file a complaint with cognizable claims. In fact, it appears that plaintiff did not intend to file a civil

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Abpikar870dis.wpd        1

1 action at all.  Plaintiff is currently represented by the named defendant in No. CR 08-560 RMW,
2 in which there are several pending motions.  Plaintiff's filed letter expresses dissatisfaction with
3 Ms. Conn's representation of him, but does not allege any claim currently cognizable in a
4 separate civil action.  Rather, his letter is only a request to the State Bar to disbar Ms. Conn.  If
5 the court is mistaken in its interpretation of plaintiff's letter, plaintiff may file a motion to
6 reconsider, along with a complaint.

7      Accordingly, the instant action is DISMISSED without prejudice.  The motion for
8 extension of time (docket no. 4) is DENIED as moot.  The clerk shall enter judgment and close
9 the file.

10      IT IS SO ORDERED.
11 DATED:   7/2/09

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Abpikar870dis.wpd      2